[No. 63429-1-I.   Division One.   August 30, 2010.]

JANE REARDON, *Appellant*, v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-11183-2, Michael J. Trickey, J., entered April 1, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Cox, J.

[No. 64907-8-I.   Division One.   August 30, 2010.]

MARSHA Y. CAMUS ET AL., *Respondents*, v. ROMAINE C. CULPEPPER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 06-2-00889-4, F. Mark McCauley, J., entered April 14, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Schindler, J.

[No. 64925-6-I.   Division One.   August 30, 2010.]

NORMAN C. IVERSON, *Respondent*, v. KIRI JOINT VENTURE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-05619-3, James R. Orlando, J., entered February 20, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Spearman, JJ.

[No. 38643-7-II.   Division Two.   August 31, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON SILVA WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-01529-9, Beverly G. Grant, J., entered November 14, 2008. *Remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.